[No. 14498-7-I.  Division One.  February 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON
D. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-8-04977-8, Jerome M. Johnson, J., entered February 28, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Coleman and Webster, JJ.

[No. 6922-9-II.  Division Two.  February 20, 1985.]

*In the Matter of the Marriage of* ROSARIO GOMEZ
GROSS, *Respondent, and* BARRY W. GROSS,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-3-01132-0, Arthur W. Verharen, J., entered February 4, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6926-1-II.  Division Two.  February 21, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
A. SHEMALEWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 6532, David R. Draper, J., entered March 4, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.